# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANE C. HYDE<br>[DOB: 07/14/1987] | *Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT: 15 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment<br><br>**CRIMINAL COMPLAINT**<br><br>Case Number: 23-MJ-00147-JAM (WBG) |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about December 6, 2023, in the Western District of Missouri, the defendant, **SHANE C. HYDE**, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Ruger AR-556 AR-style pistol with a collapsible rifle stock, bearing serial number 854-31225, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Detective with the Independence, Missouri Police Department, and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_____
TODD WINBORN
Detective
Independence, Missouri Police Department

By telephone at 1:57 pm
Sworn to be~~fore me and subscribed in my presence,~~

December 6, 2023     at     Kansas City, Missouri
Date                                       City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer