IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                    Criminal Action No.
                                                      23-00264-01-CR-W-DGK

SHANE C. HYDE,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner and a paralegal
        Case Agent: Detective Todd Winborn, IPD
    Defense: Stephen Moss

**OUTSTANDING MOTIONS**: Motion to Dismiss (Doc. 23)

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 9 with stipulations; 10 without stipulations
    Defense: 3 witnesses, including Defendant who    ( ) will
                                                                             ( x ) may
                                                                             ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 50 exhibits
    Defense: 10 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    ( )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial                ( ) Possibly for trial
    ( x ) Motion to continue to be filed      ( ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
      Government's case including jury selection: 1.5 days
      Defense case: .5 day

**STIPULATIONS**:
      ( )    not likely
      ( )    not appropriate
      ( x )  likely as to:
            ( )    chain of custody
            ( )    chemist's reports
            ( x )  prior felony conviction
            ( x )  interstate nexus of firearm
            ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: 5/20/2024
      Defense: 5/20/2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**: 5/20/2024
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: 5/20/2024

**TRIAL SETTING**: Criminal jury trial docket commencing 6/3/2024
      **Please note**:   Defense counsel anticipates trying *USA v. Simpson*, Case No. 23-00186-01-CR-W-HFS, on the first week of the docket and *USA v. Enriquez*, Case No. 23-00128-01-CR-W-BCW on the second week of the docket.

**OTHER**:
      ( )   A _____-speaking interpreter is required.
      ( )   Other assistive devices: _____

      **IT IS SO ORDERED.**

                                                              */s/ Jill A. Morris*
                                                             JILL A. MORRIS
                                                             United States Magistrate Judge