IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

              Plaintiff,

-vs-

                                                              Criminal Action No.
                                                            23-00264-01-CR-W-DGK

SHANE C. HYDE,

              Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND
<u>ACTION TAKEN AT PRETRIAL CONFERENCE</u>**

The following matters were discussed, and action taken during the pretrial conference:

**PENDING CHARGE**:       <u>Count I</u>:  Felon in Possession of a Firearm *in violation of*
                                      18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Ashleigh Ragner and Jessica Jennings
              Case Agent: Detective Todd Winborn, IPD
        Defense: Stephen Moss

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Defendant: Motion to Proceed *Pro Se;* Motion to Continue
                                    Government: None

**TRIAL WITNESSES**:
        Government: 9 with stipulations; 10 without stipulations
        Defense: Uknown at this time

**TRIAL EXHIBITS**:
        Government: 50 exhibits
        Defense: To be determined

**DEFENSES**:
        ( x )   defense of general denial
        (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                 (   ) Possibly for trial
        ( x ) Motion to continue to be filed     (   ) Likely a plea will be worked out

**TRIAL TIME**: 1.5 days with Defense Counsel; 3-4 days if Defendant proceeds *pro se*
      Government's case including jury selection: 1 day
      Defense case: .5 day with Defense Counsel; if proceeding *pro se* 2-3 days

**STIPULATIONS**: Unknown at this time
    (  )   not likely
    (  )   not appropriate
    (  )   likely as to:
        (  )   chain of custody
        (  )   chemist's reports
        (  )   prior felony conviction
        (  )   interstate nexus of firearm
        (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: July 29, 2024
    Defense: July 29, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: July 29, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: July 29, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing August 12, 2024
    **Please note**: None for either the Government or Defense.

**OTHER**:
    (  )   A _____-speaking interpreter is required.
    (  )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                             */s/ Jill A. Morris*_____
                             JILL A. MORRIS
                             United States Magistrate Judge