IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                          Criminal Action No.
                                                  23-00264-01-CR-W-DGK

SHANE C. HYDE,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    <u>Count I</u>:    Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner, Jessica Jennings, and paralegal Geoffrey Gorup
        Case Agent: Detective Todd Winborn, IPD
    Defense: Steve Moss

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government: Rule 609 Notice; Defendant: None

**TRIAL WITNESSES**:
    Government: 9 with stipulations; 10 without stipulations
    Defense: 1 witness, including Defendant who ( ) will
                                             ( x ) may
                                             ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 100 exhibits
    Defense: 10 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial                ( x ) Possibly for trial
    ( ) Motion to continue to be filed      ( ) Likely a plea will be worked out

**TRIAL TIME**: 2.5 days (includes the additional time necessary if Defendant proceeds *pro se*)
    Government's case including jury selection: 1.5 days
    Defense case: .5 day

**STIPULATIONS**:
- ( ) Defense counsel would advise Defendant to enter into stipulations regarding:
- ( ) not appropriate
- ( ) likely as to:
  - ( ) chain of custody
  - ( ) chemist's reports
  - ( x ) prior felony conviction
  - ( x ) interstate nexus of firearm
  - ( x ) other: knowledge of prior felony conviction

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: August 30, 2024
Defense: August 30, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: August 30, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: August 30, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing September 16, 2024
    **Please note**: The Government has a bench trial in *USA v. Mitchell*, case no. 23-00203-CR-W-HFS, before Judge Sachs on September 16 and 17, and therefore requests the second week of the docket. Defense counsel has no conflicts and does not object to a trial date the second week of the docket.

**OTHER**:
- ( ) A _____-speaking interpreter is required.
- ( ) Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                    */s/ Jill A. Morris*
                                                    JILL A. MORRIS
                                                    United States Magistrate Judge